The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON FEDERAL, a federally chartered savings association,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 2:12-cv-01820-RSM<br><br>DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND BANK OF AMERICA, N.A. AND PLAINTIFF WASHINGTON FEDERAL'S JOINT STIPULATED MOTION TO STAY PROCEEDINGS OR IN THE ALTERNATIVE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>July 12, 2012 (per LCR 7(d)(1)) |

Pursuant to LCR 10(g), Defendants Countrywide Home Loans, Inc. ("Countrywide") and Bank of America, N.A. ("BANA") (collectively, "Defendants") and Plaintiff Washington Federal ("Plaintiff") jointly move this Court to stay these proceedings indefinitely subject to periodic reporting to the court, or in the alternative extend the time to answer or otherwise respond to Plaintiff's Amended Complaint up to and including September 30, 2013. The purpose of this request is to facilitate the parties' ongoing settlement discussions and to preserve this Court's resources, and in support thereof the parties state as follows:

1. Plaintiff filed its Complaint on October 16, 2012. Before serving the Complaint on Defendants, Plaintiff filed its Amended Complaint on November 30, 2012.

JOINT MOTION TO STAY PROCEEDINGS
(2:12-cv-01820-RSM)

McGuireWoods LLP
P.O. Box 31247
Charlotte, NC 28209
(704) 343-2000

2. In its Amended Complaint, Washington Federal alleges Defendants breached more than 600 representations and warranties for 98 subject loans.

3. On March 13-14, 2013, the parties convened a two-day face-to-face settlement conference in Seattle, Washington to discuss Plaintiff's claims and attempt to resolve this matter. The settlement conference was attended by four of Defendants' line of business employees and four of Plaintiff's line of business employees, including subject matter experts in the field of mortgage underwriting and origination and management with authority to resolve the case, as well as outside counsel. At the settlement conference, the parties discussed a previously-identified population of the loans at issue and the merits of Plaintiff's claims as to these loans.

4. Ultimately, the parties did not reach a resolution at the settlement conference. However, the parties have continued to work together in a good faith effort to resolve this matter without this Court's intervention in an effort to efficiently resolve the dispute and conserve the Court's resources and parties' resources.

5. To facilitate this effort, Defendants have engaged in information exchange since the March meeting to provide to Plaintiff the materials it has requested as it continues to analyze the loans at issue. For instance, Plaintiff requested, and Defendants provided, the underwriting guidelines applicable to each of the loans at issue. Defendants also provided Plaintiff with a spreadsheet identifying the applicable underwriting guidelines for each loan.

6. As noted above, Plaintiff is currently in the process of investigating and evaluating its claims. Once Plaintiff has completed this investigation and provided Defendants with the updated claims, the parties anticipate meeting again to discuss the claims and attempt to resolve this matter. This second settlement conference is scheduled for mid-August. The parties are in agreement that this will help facilitate an early resolution of this matter and that staying these proceedings will help achieve that goal.

7. Accordingly, Defendants and Plaintiff respectfully request that this Court grant a motion to stay these proceedings, including all court deadlines, until further order by this Court.

8. The parties submit that good cause exists to grant this Motion for several reasons.

JOINT MOTION TO STAY PROCEEDINGS
(2:12-cv-01820-RSM)

McGuireWoods LLP
P.O. Box 31247
Charlotte, NC 28209
(704) 343-2000

9. As noted above and in support of this motion, the parties have made good faith efforts to cooperate and resolve this matter without the Court's intervention. Such good faith efforts are evidenced by the two-day settlement conference in March attended by the parties' decision makers, Defendants providing Plaintiff with requested underwriting guidelines, and the scheduling of a second settlement conference.

10. Second, granting the requested stay will preserve this Court's resources. The parties submit that the required loan-by-loan analysis, specifically the investigation of over 600 alleged breaches of representations and warranties as to almost 100 loans set forth in the Amended Complaint and additional identified loans, is particularly arduous. Granting the requested relief will allow the parties' business representatives to work together to resolve this matter without burdening this Court.

11. Third, if these proceedings are stayed, the parties will be able to dedicate their full resources to resolving this matter and avoid unnecessary legal expenses such as answering the Amended Complaint while consensual claims resolution efforts continue.

12. Finally, no prejudice will result to either party by granting the requested relief.

Accordingly, the parties respectfully request that this Court grant the Joint Stipulated Motion to Stay Proceedings indefinitely, with the requirement that the parties update this Court regarding the status of settlement discussions on or before September 2, 2013.

In the alternative, the parties request that the Court extend the time within which Defendants are required to answer or otherwise respond to the Amended Complaint up to and including September 30, 2013.

JOINT MOTION TO STAY PROCEEDINGS
(2:12-cv-01820-RSM)

McGuireWoods LLP
P.O. Box 31247
Charlotte, NC 28209
(704) 343-2000

This 12th day of July, 2013.

McGuireWoods LLP

By:

Savitt Bruce & Willey LLP

By:   /s/ Duffy Graham
      James P. Savitt, WSBA #16847
      Duffy Graham, WSBA # 33103
      1425 Fourth Avenue, Suite 800
      Seattle, WA 98101
      Telephone: (206) 749-0500
      Fax: (206) 749-0600
      Email: jsavitt@sbwllp.com
             dgraham@ sbwllp.com


Munger, Tolles & Olson LLP

   Marc T.G. Dworsky (*pro hac vice*)
   Jacob S. Kreilkamp (*pro hac vice*)
   355 South Grand Avenue, 35th Floor
   Los Angeles, California  90071-1560
   Telephone: (213) 683-9100
   Fax: (213) 687-3702
   Email: marc.dworsky@mto.com
          jacob.kreilkamp@mto.com

*Attorneys for Bank of America, N.A.*


Graham & Dunn PC

By:   s/ Brad A. Goergen
      Brad A. Goergen, WSBA #41611
      2801 Alaskan Way, Suite 300
      Seattle, WA 98121-1128
      Telephone: (206) 624-8300
      Fax: (206) 340-9599
      Email: bgoergen@grahamdunn.com

JOINT MOTION TO STAY PROCEEDINGS
(2:12-cv-01820-RSM)

McGuireWoods LLP
P.O. Box 31247
Charlotte, NC 28209
(704) 343-2000

**MCGUIREWOODS LLP**

William C. Mayberry (*pro hac vice*)
Jason D. Evans (*pro hac vice*)
Andrew D. Atkins (*pro hac vice*)
201 North Tryon Street, Suite 3000
Charlotte, North Carolina  28202-2146
Telephone: (704) 343-2024
Fax: (704) 444-8751
Email: bmayberry@mcguirewoods.com
       jevans@mcguirewoods.com
       aatkins@mcguirewoods.com

*Attorneys for Countrywide Home Loans, Inc.*

Stipulated as to relief requested:

BETTS, PATTERSON & MINES, P.S.

By:   s/ James D. Nelson
      James D. Nelson, WSBA #11134
      BETTS PATTERSON & MINES, P.S.
      One Convention Place, Suite 1400
      701 Pike Street
      Seattle, Washington 98101-3927
      Telephone:  206-292-9988
      Facsimile:  206-343-7053
      jnelson@bpmlaw.com

WATKINS & EAGER, PLLC

By:   s/Paul H. Stephenson, III
      Paul H. Stephenson, III, Pro Hac Vice
      WATKINS & EAGER, PLLC
      400 East Capitol Street, Suite 300
      Jackson, Mississippi 39201
      Telephone:  601-965-1900
      Facsimile:  601-965-1901
      jnelson@watkinseager.com

*Attorneys for Plaintiff*

JOINT MOTION TO STAY PROCEEDINGS
(2:12-cv-01820-RSM)

McGuireWoods LLP
P.O. Box 31247
Charlotte, NC 28209
(704) 343-2000

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I electronically filed the foregoing Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.'s Stipulated Motion for Extension to Answer or Otherwise Respond to the Complaint with the Clerk of the Court using the CM/ECF system, which will send notice to the following counsel of record:

James D. Nelson
BETTS PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
jnelson@bpmlaw.com

John Burley Howell III
William F. Ray
Paul H. Stephenson III
WATKINS & EAGER PLLC
P.O. Box 650
Jackson, MS 39205
jhowell@watkinseager.com
wray@watkinseager.com
pstephenson@watkinseager.com

David A. Nold
NOLD MUCHINSKY PLLC
10500 NE 8th St., Ste. 930
Bellevue, WA 98004
dnold@noldmuchlaw.com

*Attorneys for Plaintiff Washington Federal*

By:  **GRAHAM & DUNN PC**

By:  *s/ Brad A. Goergen*
Brad A. Goergen, WSBA #41611
2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: bgoergen@grahamdunn.com

*Local Counsel for Defendant Countrywide Home Loans, Inc.*

JOINT MOTION TO STAY PROCEEDINGS
(2:12-cv-01820-RSM)

McGuireWoods LLP
P.O. Box 31247
Charlotte, NC 28209
(704) 343-2000